209 So.2d 42

### QUINN CONSTRUCTION COMPANY, Inc.

v.

### Maurice J. SAVOIE, Anthony G. Orgeron and William M. Justice, Jr., Clerk of Court for the Parish of Jefferson.

#### No. 49200.

#### April 19, 1968.

In re: Maurice J. Savoie et al. applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 207 So.2d 229.

Writ refused. The judgment is not final.

209 So.2d 42

### STATE of Louisiana

v.

### Edgar L. COLEMAN.

#### No. 49210.

#### April 19, 1968.

In re: Edgar L. Coleman applying for writs of certiorari, mandamus and prohibition.

Writs refused. The showing made does not warrant the exercise of our supervisory jurisdiction.